# U.S. Bankruptcy Appellate Panel
# of the Ninth Circuit

125 South Grand Avenue, Pasadena, California 91105
(626) 229-7220

**To:** Parnell Colvin III
7414 Page Ranch CT
Las Vegas, NV 89131

**From:** Cecil Lizandro Silva, Deputy Clerk

**Date:** June 4, 2025

**Case Name:** PARNELL COLVIN, III

**BAP No:** NV-25-1101

**Bankruptcy No:** 25-11109-abl

**Adversary No:**

**Subject: NOTICE OF DEFICIENT APPEAL AND IMPENDING DISMISSAL**

YOU MUST FILE A RESPONSE TO THIS NOTICE WITH THE BAP CLERK'S OFFICE BY **JUNE 18, 2025** OR YOUR APPEAL MAY BE DISMISSED.

A review of the documents in this appeal reveals a deficiency which could result in dismissal. This appeal appears to be defective for the following reasons:

**LACK OF JURISDICTION OF THE BANKRUPTCY APPELLATE PANEL**

The Notice of Appeal was filed beyond the FOURTEEN (14) day time period allowed by Fed. R. Bankr. 8002, 8028; In re Slimick, 928 F.2d 304, 306 (9th Cir. 1990).

Date of entry of order being appealed: May 6, 2024
Date of filing the Notice of Appeal: June 2, 2025

You must file with the BAP and serve on all parties to this appeal a legally-sufficient explanation why this appeal should not be dismissed as untimely.

*Therefore, this appeal may be **DISMISSED** unless, by **June 18, 2025**, the Appellant provides an adequate legal explanation as to why the appeal should not be dismissed. All responses should include proof of service on opposing counsel or parties if not represented by counsel.*

**cc:** All other parties

## CERTIFICATE OF MAILING

The undersigned, deputy clerk of the U.S. Bankruptcy Appellate Panel of the Ninth Circuit, hereby certifies that a copy of the document on which this certificate appears was transmitted this date to all parties of record to this appeal.

**By:** Cecil Lizandro Silva, Deputy Clerk

**Date:** June 4, 2025