NVB 8010−1 (Rev. 5/16)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| IN RE: | | BK−25−11109−abl |
| PARNELL COLVIN III | | CHAPTER 7 |
| | Debtor(s) | Appeal Reference Number: 25−16 |
| | | BAP Number: 25−1101 |
| PARNELL COLVIN III | Appellant(s) | STATUS REPORT REGARDING RECORD ON APPEAL |
| vs | | |
| NO APPELLEE SPECIFIED | Appellee(s) | |

To:  Bankruptcy Appellate Panel
125 South Grand Avenue,
Pasadena, CA 91105

      U.S. Trustee

The record on the above−entitled appeal has not been forwarded for the following reason(s):

   \*   Other:  The Order Dismissing the Case and Barring the Debtor for 3 years was entered on 6/3/2025.

Dated: 6/4/25

*Daniel S. Owens*

Daniel S. Owens
Clerk of Court