PARNELL COLVIN III
7414 PAGE RANCH CT
LAS VEGAS , NV 89131
EMAIL: PC681@YAHOO.COM
PH:( 702) 447-0644
BAP NO: 25-1101

RECEIVED
Susan M. Spraul, Clerk
U.S. BKCY. APP. PANEL
OF THE NINTH CIRCUIT

JUN 13 2025

FILED_____
DOCKETED_____
      DATE      INITIAL

July 9, 2025

   I am writing this letter to request the court to take immediate action to prevent Colvin from suffering immediate harm by creditors who in reality owe Colvin money and are trying to collect money that they are not legally entitled to. When Colvin filed his notice of appeal he also filed for a fee waiver and a motion to stay pending appeal. Colvin was told to file everything at the local bankruptcy clerk's office and all of the filings would be forwarded to the BAP.

   Colvin was told in order to request a motion to stay pending appeal he needed to go online and request a hearing date. Colvin did just that and was provided a date for July 9,2025 at 9:30 am. Colvin returned to the bankruptcy clerk's office to file his motion to stay pending appeal. The clerk's office refused to file Colvin's motion to stay pending appeal.

   The clerk office said once a bankruptcy case is dismissed they can no longer file to put anything on the courts docket.Colvin was initially told he could file the motion once he received a court date which Colvin did. Colvin is now requesting the BAP to grant his requests to all the motions he has filed, including a fee waiver. Colvin is also requesting he be allowed to electronically file documents into his case. Colvin is on SSI and lives on a fixed income and mailing can be expensive.

   Thanking the court for its time and considerations regarding Colvin requests.

PARNELL COLVIN III

PARNELL COLVIN III
7414 PAGE RANCH CT
LAS VEGAS, NV 89131
EMAIL: PC681@YAHOO.COM
PH: (702) 447-0644


UNITED STATES BANKRUPTCY COURT
DISTRICT COURT OF NEVADA


| In re: | ) | BK: 25-11109-ABL |
| | ) | CHAPTER:7 |
| PARNELL COLVIN III | ) | |
| | ) | MOTION TO STAY PENDING APPEAL |
| Debtor | ) | |
| | ) | |

Parnell Colvin believes that he will be successful once the facts are revealed during this appeal process. The trustee in this case and one particle creditor for years have been the only two individuals to consistently file motions to dismiss Colvin bankruptcy petitions. The trustee in the past has made false claims that he did not receive documents when Colvin sent them. The trustee would then tell Colvin he would look for and contact Colvin but never do instead he would file a motion for dismissal.

A few years ago Colvin filed a bankruptcy case in 2022 during Covit-19 and all 341 creditors meetings were held virtual. Colvin Called in to participate there numbers other debtors on the phone. Trustee Leonard E. Schwartzer stated if anyone gets kicked off just call back in. As Colvin was waiting for his case to get called he got kicked off the call Colvin immediately called back to participate in his

1-4

PARNELL COLVIN
7414 PAGE RANCH CT
LAS VEGAS, NV 89131
EMAIL: PC681@YAHOO.COM
PH: (702) 447-0644

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| In re: | ) | BK: 25-11109-ABL |
| | ) | CHAPTER: 7 |
| PARNELL COLVIN III | ) | |
| | ) | REQUEST FOR FILING FEES TO |
| Debtor. | ) | BE WAIVED |
| _____ | ) | |

Debtor Colvin filing fees were waived in the bankruptcy case, Colvin has four dependents and lives off his social security benefits where he lives off of a fixed income of $1489.00 a month. Colvin bills are more than his income and it is a struggle to make ends meet.

If the court needs additional information Colvin will provide the requested information. This application is being generated by Colvin since there is no official form that Colvin is aware of that he could just input any information needed for application for a waiver of filing fees.

PARNELL COLVIN , MAY 2, 2025

PARNELL COLVIN
7414 PAGE RANCH CT
LAS VEGAS , NV 89131
EMAIL:PC681@YAHOO.COM
PH: (702) 447-0644

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

In re:                              )          BK: 25-11109-ABL
                                    )          CHAPTER:7
                                    )
PARNELL COLVIN III )                   **NOTICE OF APPEAL**
                                    )
Debtor.                             }
_____)

Part 1: Identify the appellant(s)

1. Name of appellant: PARNELL COLVIN III

2. Position of appellants(s) in the adverse proceedings or bankruptcy
   case that is the subject of this appeal: Debtor

Part 2: Identify the subject of this appeal:

1. Describe the judgment or the appealable order or decree from the
   appeal taken: Dismissal of bankruptcy case

2. State the date on which the judgment or appealable order or decree
   was entered: May 30, 2025.

I ~ 3

DONE RE: Request for Hearing in Las Vegas with Judge Landis – Submitted by PARNELL COLVIN III for Case Number: 25-11109

From: Maribel Rowa (maribel_rowa@nvb.uscourts.gov)

To: pc681@yahoo.com; hearingdate@nvb.uscourts.gov

Date: Tuesday, June 3, 2025 at 02:35 PM PDT

Please use July 9, 2025 at 9:30 am for your requested hearing date and time.

The teleconference line is (833) 435-1820; meeting ID 161 110 6049; passcode 154251#.

Thank you



Maribel Rowa
Courtroom Deputy II
U.S. Bankruptcy Court
District of Nevada
(702) 527-7192
Web:http://www.nvb.uscourts.gov/

From: NVB Internet
Requests
<NVB_Internet_Requests
@nvb.uscourts.gov>

Sent: Monday June 2, 2025 2:37 PM
To: NVBml_Hearing Dates <hearingdate@nvb.uscourts.gov>
Subject: Request for Hearing in Las Vegas with Judge Landis – Submitted by PARNELL COLVIN III for Case Number: 25-11109

A hearing has been requested with Judge Landis.

**LOCATION:**
**Location:** Las Vegas

**SUBMITTING PARTY INFORMATION:**
**Requestor Name:** PARNELL COLVIN III

**Telephone Number:** (702) 447-0644

**Email:** PC681@YAHOO.COM

**Secondary Email:**

## CASE INFORMATION:

Debtor(s) Name: PARNELL COLVIN III

Chapter: 7

Case Number: 25-11109

Adversary Number:

Motion Type: MOTION TO STAY PENDING APPEAL

## DATE AND TIME INFORMATION:

Estimated Time Required: 15 MINUTES

Anticipated Filing Date: 6/2/2025

## ADDITIONAL COMMENTS:

Colvin did not know he was to attend the hearing set for May 30,2025 Colvin believed the court was going to just issue a ruling. That is the only reason why Colvin did not appear and Colvin apoligizes to court for that. Colvin even called the courts chamber to find out what the court had ruled. Colvin is requesting the court to grant stay pending appeal. Colvin will indure harm as creditors are attempting to collect money that is not owed the creditors owe Colvin. Again Colvin wants to sincerely apoligize to the court for not appearing do to his misunderstanding of the continued order from 4,30/2025 that Colvin needed to attend on May 30.2025.