Susan Spraul

| | |
|---|---|
| From: | Mike Brown <pc681@yahoo.com> |
| Sent: | Wednesday, June 25, 2025 4:32 PM |
| To: | COVID19 CA09BAP |
| Cc: | pc681@yahoo.com |
| Subject: | EMERGENCY : ORDER TO STAY PENDING APPEAL |

RECEIVED
Susan M. Spraul
U.S. BKCY. APP. PA
OF THE NINTH CIR.

JUN 25 2025

FILED _____
DOCKETED _____
DATE    INITIAL

**CAUTION - EXTERNAL:**

Hello,

   My name Parnell Colvin I am sending this email to expedite my request for stay pending appeal I have submitted the request on June 13,2025. I am requesting an emergency an order to stay pending appeal. I have creditors that owe me money and a pending lawsuit to try and recover money owed to me. The creditors were listing in my filing and without such an order they will attempt to collect money from me when in reality they owe me money. I f I am not granted the stay pending appeal I will endure tremendous harm and damage that want be able to be undone once the process starts.
I am hopeful my Bankruptcy case will be reinstated so I can finish the process I was so close before it was dismissed.

   Thanking the court for its time and consideration regarding my emergency request for stay pending appeal


Parnell Colvin
BAP NO: NV-25-1101

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

1