

# UNITED STATES BANKRUPTCY APPELLATE PANEL
# OF THE NINTH CIRCUIT

| | |
|---|---|
| In re:<br>PARNELL COLVIN, III,<br>        Debtor. | BAP No. NV-25-1101<br>BAP No. NV-25-1115 |
| PARNELL COLVIN, III,<br>        Appellant,<br>v.<br>LENARD E. SCHWARTZER, Chapter 7 Trustee,<br>        Appellee. | Bk. No. 25-11109-abl |
| PARNELL COLVIN, III,<br>        Appellant,<br>v.<br>LABORERS' INTERNATIONAL UNION OF NORTH AMERICA, LOCAL 872,<br>        Appellee. | **ORDER REGARDING NUMBER OF APPEALS AND PARTIES** |

On June 2, 2025, Appellant Parnell Colvin, III filed a notice of appeal (Bankruptcy Docket #64) of the "Dismissal of bankruptcy case" and listed "No other parties to the appeal." On June 9, 2025, the Panel issued its Notice requiring appellant to file with the BAP a copy of each order being appealed. In response, appellant filed a response identifying the following orders as the subject of his appeal:

1. The June 3, 2025 Order Dismissing Case with 3 Year Bar to Refiling (Bankruptcy Docket #75) ("Trustee Dismissal Order") granting in part and denying in part the Trustee's Motion to Dismiss Case Pursuant to 11 U.S.C. §§ 521(a), 707(b), 105(a) and 349(a) With Sanctions; Trustee's Motion to Reconsider Waiver of Filing Fee; Trustee's Motion to Reconsider Order on Debtor's Certification of Exigent Circumstances; Trustee's Motion to Reconsider Order Determining Debtor's Compliance with Filing Requirements of Section 521(a)(1) (Bankruptcy Docket #20) ("Trustee's Motion") filed by Lenard E. Schwartzer, Chapter 7 Trustee ("Trustee"); and

2. The June 3, 2025 Order Dismissing Case with 3 Year Bar to Refiling (Bankruptcy Docket #76") ("Union Dismissal Order") granting the Motion to Dismiss Bankruptcy Case With Prejudice and For Injunction Against Future Filing (Bankruptcy Docket #23) ("Union's Motion") filed by Kristina L. Hillman and Sean W. McDonald of Weinberg, Roger & Rosenfeld on behalf of Laborers' International Union of North America, Local 872 ("Union").

As set forth above, each of these orders arose from separate motions filed by separate entities. Generally, a separate notice of appeal is required for each order on appeal. *See* Fed. R. Bankr. P. 8002(a). Accordingly, the BAP has opened two appeals:

**BAP No. NV-25-1101** will proceed as an appeal of the Trustee Dismissal Order. Lenard E. Schwartzer, Chapter 7 Trustee will be listed as appellee in this appeal.

**BAP No. NV-25-1115** will proceed as an appeal of the Union Dismissal Order. Laborers' International Union of North America, Local 872 will be listed as appellee in this appeal, represented by Kristina L. Hillman and Sean W. McDonald of Weinberg, Roger & Rosenfeld.

A separate filing fee is due for each appeal, payable to the Bankruptcy Court.

                                        **FOR THE PANEL,**
                                        *Susan M. Spraul*
                                        Susan M. Spraul, Clerk of Court