**Sarah Stevenson**

| | |
|---|---|
| From: | Mike Brown <pc681@yahoo.com> |
| Sent: | Monday, July 7, 2025 1:17 PM |
| To: | COVID19 CA09BAP |
| Cc: | pc681@yahoo.com |
| Subject: | FEE WAIVER / STAY PENDING APPEAL: |

**CAUTION - EXTERNAL:**

RECEIVED
Susan M. Spraul, Clerk
U.S. BKCY. APP. PANEL
OF THE NINTH CIRCUIT

JUL 07 2025

FILED_____
DOCKETED_____
DATE    INITIAL

Dear. Court,

    My name is Parnell Colvin, BAP NOS: NV-25-1101, NV-25-1115 I am responding to the court order filed June 30,2025 I want to address the court and clear up the confusing. When my bankruptcy case was dismissed the bankruptcy clerk stated to me that I could file my motion for fee waiver and motion for stay pending my appeal at the bankruptcy clerk's office and they would forward my motions to the Bankruptcy Appeal Panel. The clerk's office then informed that I could not get a court date for my motions because my case had been dismissed. I was also told by a supervisor at the clerk's office that I could not file anything into my case and could not request any hearing on my motions.

    The clerk's office said they would originally transfer my motions to the Bankruptcy Appeal Panel but then said they could not and that I would need to submit them on my own. I did submit the motion for fee waiver and the motion for stay pending appeal with this court, I believe this court may have looked at the docket and it is showing that my fee waiver and stay pending appeal gives the immersion that the Bankruptcy Court is going to hear my motions and rule on them. The clerk's office stated that all hearings and motions are vacated. The Bankruptcy Clerk's office stated the only way I can file or get a hearing is if the Bankruptcy Appeal Panel reinstates my Bankruptcy. I hope this will clear up the issue that my motions are just sitting on the docket and the Bankruptcy Court and will not be heard the court will take no action. I am requesting that this court grant my motions I am facing incredible harm and need the protections of the stay pending appeal and the fee waiver both being granted.

    Thanking the court for its time and consideration to these very important issues.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.