# MOTION

PARNELL COLVIN III
Appellant
BAP-NO: NV-25-1101
BK-NO: 25-11109-A6L

AUGUST 8, 2025
RECEIVED
Susan M. Spraul, Clerk
U.S. BKCY. APP. PANEL
OF THE NINTH CIRCUIT

AUG 28 2025
FILED
DOCKETED
DATE    INITIAL

Appellant PARNELL COLVIN, is requesting to remove this case from the BAP and file his case in District Court of Nevada. Colvin has motions that have been pending for months that are critical to Colvin appeal.

Colvin filed a motion for fee waiver, stay pending appeal and motion to file electronically. To date though the motions have not been ruled on. This court previously assumed because Colvin had filed these motions in the Bankruptcy Court that the court was going to rule on Colvin motions.

When Colvin case was dismissed is stated Colvin could not file anything into the case until the BAP reinstates Colvin case. So this court assumed Colvin had the same motions pending in both courts, when in reality the motions in the Bankruptcy should have shown dismissed.

Colvin right to due process will be better served by filing in District Court where he will have immediate access to the court judge and assistance to successfully argue his appeal. FOR these reasons I am requesting to transfer my case to District Court of NEVADA.

PARNELL COLVIN III
/s/ Parnell