LENARD E. SCHWARTZER
6655 W. Sahara Avenue, Suite B200-107
Las Vegas, NV 89146
(702) 307-2022

TRUSTEE

UNITED STATES BANKRUPTCY APPELLATE PANEL

OF THE NINTH CIRCUIT

In re

PARNELL COLVIN, III

    Debtor.

PARNELL COLVIN, III

    Appellant

v.

LENARD E. SCHWARTZER, Chapter 7 Trustee

    Appellee

BAP No. NV-25-1101

BK. No. 25-11109-abl

MOTION FOR SUMMARY AFFIRMANCE OR DISMISSAL OF APPEAL

Appellee Lenard E. Schwartzer. Chapter 7 Trustee ("Trustee"), in the dismissed underlying bankruptcy case, moves this Court for summary affirmance of the Bankruptcy Court's ORDER DISMISSING CASE WITH 3 YEAR BAR TO

1

REFILING [Dockets 73 and 75[1]] or dismissal of this appeal because of the Debtor/Appellant's failure to prosecute this appeal.

The Debtor/Appellant has:

(a) failed to pay the filing fee as required by this Court's ORDER REGARDING NUMBER OF APPEALS AND PARTIES (Document 11),

(b) failed to file a designation of record for appeal or a statement of issues as required by Bankruptcy Rule 8009,

(c) failed to file opening brief and appendix by AUGUST 11, 2025 as required by this Court's BRIEFING ORDER (Document 12-1),

(d) failed to order and provide transcripts, including a transcript of the Bankruptcy Court's oral findings of fact and conclusions of law, as required by Bankruptcy Rules 8009(a)(4) and 8010 and BAP Rule 8009-1, and

(e) failed perfect and prosecute his appeal in a manner and within time limits as required by BAP Rule 9010-2.

The dockets of this Court and the Bankruptcy Court[2] show the lack of any compliance with the rules and orders relating to the prosecution of this appeal. This Court's Briefing Order specifically warns the Debtor/Appellant:

> **FAILURE OF APPELLANT TO TIMELY PROVIDE AN ADEQUATE OPENING BRIEF AND ADEQUATE EXCERPTS OF THE RECORD IN COMPLIANCE WITH THE GOVERNING RULES MAY RESULT IN DISMISSAL OF THE APPEAL, OR IN SUMMARY AFFIRMANCE OF THE RULING ON APPEAL.** See *Morrissey v. Stuteville (In re Morrissey)*, 349 F.3d 1187 (9th Cir. 2003). [Bold type in original].

---

[1] The orders are identical

[2] See STATUS REPORT REGARDING RECORD ON APPEAL dated August 4, 2025 attached as **Exhibit A**. This Court may take judicial notice of the bankruptcy court docket. FRE 201; *O'Rourke v. Seabord Surety Co. (In re E.R. Fegert, Inc.)*, 887 F.2d 955, 957-58 (9th Cir. 1989); *United States ex rel. Robinson Rancheria Citizens Council v. Borneo, Inc.*, 971 F.2d 244, 248 (9th Cir. 1992).

As stated in Rule 8013(a)-2:

> When an appellant fails to file an opening brief timely, or otherwise fails to comply with rules or orders regarding processing the appeal, the BAP Clerk, after notice, may enter an order dismissing the appeal. The order dismissing the appeal is subject to reconsideration by the Panel if a written request for judicial review is received within fourteen (14) days of the entry of the order.

As stated in *McCarthy v. Prince (In re McCarthy)*, 230 B.R. 414, 416-17 (9th Cir. BAP 1999):

> Whenever findings of fact and conclusions of law are rendered orally on the record, it is mandatory that an appellant designate the transcript under Rule 8006. There is no other way for an appellate court to be able to fathom the trial court's action.

In this case, the Debtor/Appellant has failed to order a transcript Judge Landis' extensive (one hour) oral statement of his findings of fact and conclusions of law.

This record also reflects that this Debtor is no stranger to Court rules, as he has filed ten bankruptcy cases (nine of which have been dismissed).

### RELIEF REQUESTED

Trustee requests that the ORDER DISMISSING CASE WITH 3 YEAR BAR TO REFILING [Docket 73 and 75] be summarily affirmed or that this appeal be dismissed.

DATED: September 2, 2025

_____
LENARD E. SCHWARTZER, TRUSTEE

## DECLARATION OF TRUSTEE

I declare, under penalty of perjury, that the foregoing is true and correct, to the best of my knowledge, information and belief,

DATED: September 2, 2025

_____
LENARD E. SCHWARTZER

4

# EXHIBIT A

NVB 8010-1 (Rev. 5/16)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: | BK-25-11109-abl |
| PARNELL COLVIN III | CHAPTER 7 |
| Debtor(s) | Appeal Reference Number: 25-16 AND 25-19 |
| | BAP Number: 25-1101 and 25-1115 |
| PARNELL COLVIN III Appellant(s) | |
| vs | STATUS REPORT REGARDING RECORD ON APPEAL |
| LENARD SCHWARTZER et al Appellee(s) | |

To:   Bankruptcy Appellate Panel
      125 South Grand Avenue,
      Pasadena, CA 91105

      U.S. Trustee

The record on the above-entitled appeal has not been forwarded for the following reason(s):

* No Designation of Record Filed
* No Statement of Issues Filed
* No Notice Regarding Transcripts Filed
* No Reporters Transcript Filed
* Other: APPEAL FILING FEE HAS NOT BEEN PAID

Dated: 8/4/25

*/s/ Daniel S. Owens*
Daniel S. Owens
Clerk of Court